1 The People of the State of Colorado, Plaintiff-Appellee, v. Dexter Keith Ray, Defendant-Appellant. No. 19CA1377
Court of Appeals of Colorado, Fourth Division
January 27, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Adams
 County District Court Nos. 13CR2104, 13CR3054 & 14CR2609
 Honorable Priscilla J. Loew, Judge Honorable Donald S. Quick,
 Judge
 
 
 
 OPINION
 
 
 HARRIS
 JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 
 Navarro and Freyre, JJ., concur